# PLATZER, SWERGOLD, GOLDBERG, KATZ & JASLOW, LLP

*COUNSELORS AT LAW*

475 PARK AVENUE SOUTH
18TH FLOOR
NEW YORK, NEW YORK 10016
TELEPHONE 212.593.3000
FACSIMILE 212.593.0353

WWW.PLATZERLAW.COM
NY DCL # 2035058

FOUR GREENTREE CENTRE
601 ROUTE 73 NORTH
SUITE 305
MARLTON, NEW JERSEY 08053
TELEPHONE 856.782.8644

☐ *If checked, reply to New Jersey Office*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __07/22/2021__

July 21, 2021

Via ECF and email:
ALCarterNYSDChambers@nysd.uscourts.gov

Hon. Andrew L. Carter, Jr.
United States District Court
40 Foley Square, Room 435
New York, New York 10007

**MEMO ENDORSED**

     Re:    The D&M Capital Group, LLC (the "Debtor")
               Case No. 21-cv-05001 (ALC)

Dear Judge Carter,

This firm represents Shanghai Pearls & Gems, Inc. d/b/a Ultimate Diamond Co., the appellant ("Appellant") in the above-referenced bankruptcy appeal of an Order Approving a Settlement between Alan Nisselson, Chapter 7 Trustee of the bankruptcy estate of The D&M Capital Group, LLC (the "Trustee") and Radwan Diamond & Jewellery Trading ("Radwan").

By a Memo Endorsed Order dated June 11, 2021, Appellant's Brief in this matter is currently due to be filed on or before August 11, 2021.

We are writing to request an approximate 60-day extension of the time to file Appellant's Brief. We are aware that your Honor's Individual Rules provide for submission of a Stipulation to reschedule dates by which briefs are due, however, counsel that was previously representing Radwan in the Debtor's bankruptcy case has been given permission to withdraw as its counsel, and to our knowledge no successor counsel has appeared. Radwan is located in the United Arab Emirates and for the time being, the only form of communication with it is through U.S. Registered Mail. Thus, we cannot obtain a Stipulation by all involved parties.

In addition, the Bankruptcy Court has directed that the Trustee, Appellant, Radwan, and other interested creditors in the Debtor's on-going bankruptcy case all take part in a mediation in an attempt to arrive at a global settlement of the issues that are present in the bankruptcy case, including the issues raised by this appeal. That process is continuing, and Appellant believes efforts made toward resolution would be prudent in this matter.

  Accordingly, it is respectfully requested that an approximate 60-day extension of time to Wednesday, October 14, 2021, to file Appellant's Brief, be granted. The Trustee has authorized Appellant to advise the Court of his consent to the extension. Appellant also respectfully requests that such an extension be without prejudice to requesting further extensions based on the progress of the mediation and other facts and circumstances relevant to potential settlement of the matter.

              Respectfully,

              PLATZER, SWERGOLD,
               GOLDBERG, KATZ & JASLOW, LLP


             By: /s/ Andrew S. Muller
               Andrew S. Muller


cc: Les Barr, Esq., counsel for Trustee (via email)
   Radwan Diamond & Jewellery Trading (via U.S. Registered Mail)

**Appellant's request is hereby GRANTED. Appellant is hereby ORDERED to serve Radwan with the instant order and file proof of service by no later than July 26, 2021.**

SO ORDERED:

*/s/ Andrew L. Carter, Jr.*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: July 22, 2021